UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JANET BISSON<br>　　Plaintiff, | §<br>§<br>§ |
| vs. | § 　6:17-cv-00048<br>§ 　Civil Action Number |
| STATE AUTO<br>　　Defendant. | §<br>§ 　Jury<br>§ |

## DEFENDANT'S NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendant, State Auto ("State Auto"), files this Notice of Removal pursuant to 28 U.S.C. §1446(a), and respectfully shows as follows:

## I.
## INTRODUCTION

1. Plaintiff is Janet Bisson (hereinafter "Plaintiff"); Defendant is State Auto (hereinafter "State Auto" or "Defendant"). There are no other parties. *See* Plaintiff's Original Petition, attached as Exhibit "A - 1".

2. On January 31, 2017, Plaintiff filed Cause No. 2017-294-4, *Janet Bisson vs. State Auto* in the 170th Judicial District Court of McLennan County, Texas ("State Court Action"). *See* Exhibit "A - 1". Plaintiff's suit alleges breach of contract, violations of the Texas Insurance Code, violations of the Texas Deceptive Trade Practices Act, negligence, and breach of the duty of good faith and fair dealing, relating to damage allegedly suffered at Plaintiff's home located at 3317 Lake Shore Drive, Waco, Texas 76708. *See* Exhibit "A - 1". Plaintiff demanded a trial by jury in her Original Petition. *See* Exhibit "A - 1."

3.  A citation was issued and State Auto Property & Casualty Insurance Company[1] was served on February 6, 2017. *See* Exhibit "A – 6" and Affidavit of Sherri King attached as Exhibit "B". State Auto files this Notice of Removal within the 30-day time period required by 28 U.S.C. §1446(b). *Bd. of Regents of Univ. of Tex. Sys. v. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007). State Auto files its Answer in this Court, contemporaneously with the filing of this Notice. State Auto demands a trial by jury in this Court.

4.  Plaintiff has not filed any amended pleadings and no additional parties have been joined. The State Court's Docket Sheet is attached as Exhibit "A - 7."

## II.
## REMOVAL BASED ON DIVERSITY JURISDICTION

5.  Pursuant to 28 U.S.C. §1332(a), State Auto removes this case as it involves a controversy between parties of diverse citizenship and an amount in controversy that exceeds $75,000.

6.  Plaintiff is a citizen of Texas. *See* Exhibit "A - 1". Upon information and belief, no State Auto entity that exists is a Texas corporation. *See* Exhibit B. State Auto Property & Casualty Insurance Company, the entity that wrote Plaintiff's insurance policy, is a foreign corporation organized under the laws of the state of Iowa with its principal place of business located at 518 E. Broad Street, Columbus, Ohio 43215. *See* Exhibit "B."

7.  Additionally, the amount in controversy exceeds $75,000, excluding interest and costs. 28 U.S.C. §1332(a). Plaintiff's Original Petition seeks monetary relief "over $200,000 but not more than $1,000,000." *See* Exhibit "A – 1."

8.  State Auto is the only defendant in this action; therefore, no consent is needed for the removal of this case to federal court.

---

[1] Plaintiff sued Defendant "State Auto." However, "State Auto" is not a valid a legal entity. State Auto Property & Casualty Insurance Company is the entity that wrote Plaintiff's insurance policy

9.  An Index of Exhibits is attached as Exhibit "A". Copies of all pleadings, process, orders, and other filings in the State Court Action are attached to this notice as Exhibits "A - 1" through "A – 6," as required by 28 U.S.C. §1446(a).

10. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this District and within this Division.

11. State Auto will promptly file a copy of this Notice of Removal with the clerk of the court in the pending State Court Action.

### III.
### JURY DEMANDED

12. State Auto requests that this matter be heard by a jury in this Court.

### IV.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant, State Auto, prays that this case be removed to the United States District Court for the Western District of Texas, Waco Division, and that further proceedings in the State Court Action be discontinued, and that this Court assume full jurisdiction over such action as provided by law.

Respectfully submitted,

*/s/ Sterling Elza*
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Alicia A. Murphy
State Bar No. 24095005
Brown, Dean, Proctor & Howell, LLP
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
Tel: 817/332-1391
Fax: 817/870-2427
Email: selza@browndean.com
amurphy@browndean.com

ATTORNEY FOR DEFENDANT,
STATE AUTO

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was served upon the Plaintiff by serving her counsel of record, James M. McClenny, J. Zachary Moseley, & Derek L. Fadner, 411 N. Sam Houston Parkway E., Suite 200, Houston, Texas 77060, (713) 322-5953, via fax and certified mail, return receipt requested, in accordance with Rules 21 and 21(a) of the Texas Rules of Civil Procedure, on this the 24th day of February, 2017.

/s/ *Sterling Elza*
Sterling Elza